AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

Southern District of New York

SHIRA MCKINLAY, on behalf of herself and all others similarly situated,

V.

THE BANK OF NEW YORK and THE BANK OF NEW YORK MELLON CORPORATION

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CIV 8765

TO: (Name and address of Defendant)

THE BANK OF NEW YORK MELLON CORPORATION
Attn: General Counsel
One Wall Street
New York, NY 10286

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lori G. Feldman
MILBERG WEISS LLP
One Pennsylvania Plaza
New York, NY 10119

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

OCT 1 0 2007

CLERK                                             DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | TOTAL | $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                                 *Signature of Server*

                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

**ORIGINAL**

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CIV 8765

Date Filed: 10/10/2007

Plaintiff:
**SHIRA MCKINLAY, on Behalf of Herself and All Others Similarly Situated**

vs.

Defendant:
**THE BANK OF NEW YORK and THE BANK OF NEW YORK MELLON CORPORATION**

For:
Milberg Weiss LLP
One Pennsylvania Plaza
New York, NY 10119

Received these papers to be served on **THE BANK OF NEW YORK MELLON CORPORATION located at One Wall Street, New York, New York 10286 ATT: General Counsel**.

I, Baldeo Chetram, being duly sworn, depose and say that on the **12th day of October, 2007 at 2:40 pm, I:**

Personally served THE BANK OF NEW YORK MELLON CORPORATION by delivering a true copy of the **Summons in a Civil Case, Class Action Complaint, Related Case Affidavit, Civil Cover Sheet, 3rd Amended Instructions for Filing an Electronic Case, US District Court Southern District of New York ECF Procedures and Guideliness, Individual Practices of Judge Paul A. Crotty, U.S.D.J.** upon Stephen Marino, Assistant Treasurer, as authorized to accept on behalf of the above named Entity.

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: White, Height: 5'6", Weight: 180, Hair: Brown, Glasses: N

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 16th day of October, 2007 by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

**Baldeo Chetram**
Process Server

Our Job Serial Number: 2007004434
Ref: 070053-00001

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j