CROTTY, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------x

SHIRA MCKINLAY, on behalf of herself :
and all others similarly situated,          07 Civ. 8765 (PAC)

                    Plaintiff,         :   *Submitted Electronically*

                                        :   **STIPULATION**

   – against –                          :

                                        :

THE BANK OF NEW YORK and THE
BANK OF NEW YORK MELLON                 :
CORPORATION,

                                        :

                    Defendants.
------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 2 2007

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for plaintiff Shira McKinlay and defendants The Bank of New York and The Bank of New York Mellon Corporation that the time for defendants to move, answer, or otherwise respond to the Class Action Complaint in the above-captioned matter is extended to and including November 19, 2007. No defense is waived by the negotiation and entry into this stipulation.

Dated: New York, New York
October 17, 2007

*(signature)*
Lori G. Feldman
Neil R. Fraser
William B. Scoville, Jr.
MILBERG WEISS LLP
One Pennsylvania Plaza
New York, New York 10119
Tel. (212) 594-5300

Lynn Lincoln Sarko
Derek Loeser
Gary A. Gotto
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Tel. (206) 623-1200

*Attorneys for plaintiff Shira McKinlay*

*(signature)*
Hector Gonzalez
Matthew D. Ingber
Michael O. Ware
MAYER BROWN LLP
1675 Broadway
New York, New York 10019
(212) 506-2500

*Attorneys for defendants The Bank of New York and The Bank of New York Mellon Corporation*

2

SO ORDERED: 10/22/07.
*(signature)*
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE