UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHIRA MCKINLAY, on behalf of herself and all others similarly situated, | : Civil Action No.: 07-CV-8765 (PAC) |
| Plaintiff, | : |
| -against- | : |
| THE BANK OF NEW YORK and THE BANK OF NEW YORK MELLON CORPORATION, | : |
| Defendants. | : |

## NOTICE OF APPEARANCE

TO:   The Clerk of Court and All Parties of Record:

PLEASE ENTER MY APPEARANCE as counsel in this case for Shira McKinlay. I certify that I am admitted to practice in this court.

Dated: December 11, 2007

                                             */s/ Neil Fraser*
                                       **MILBERG WEISS LLP**
                                       Neil Fraser (NF-2271)
                                       One Pennsylvania Plaza
                                       New York, New York 10119
                                       Telephone: (212) 594-5300
                                       Facsimile: (212) 868-1229

                                       *Counsel for Plaintiff Shira McKinlay*

## CERTIFICATE OF SERVICE

I hereby certify that the following statements are true and correct under penalty of perjury, pursuant to 28 U.S.C. § 1746:

On December 11, 2007, I caused to be served a true and correct copy and/or true and correct copies of Notice of Appearance of Matthew Gluck, upon the following party and/or attorney at the last known address indicated below:

| | |
|---|---|
| Name: | Hector Gonzalez<br>Matthew D. Ingber<br>Michael O. Ware |
| Company: | Mayer Brown LLP |
| Address: | 1675 Broadway |
| City/State: | New York, New York 10019 |
| Telephone: | (212) 506-2500 |

by U.S. mail in accordance with Rule 5 of the Federal Rules of Civil Procedure.

Dated: December 11, 2007

　　　　　　　　　　　　　　　　　　　　　／s／ Neil Fraser
　　　　　　　　　　　　　　　　　　　　　Neil Fraser
　　　　　　　　　　　　　　　　　　　　　Milberg Weiss LLP
　　　　　　　　　　　　　　　　　　　　　One Pennsylvania Plaza
　　　　　　　　　　　　　　　　　　　　　New York, NY 10119
　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 594-5300