UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHIRA MCKINLAY, on behalf of herself and
all others similarly situated,      :   No. 1:07-cv-08765-PAC

                      Plaintiff,

-against-

THE BANK OF NEW YORK and THE BANK
OF NEW YORK MELLON CORPORATION,

                      Defendants.

---

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Shira McKinlay hereby voluntarily dismisses her claims in this action without prejudice.

DATED:  February 26, 2008

                      Respectfully submitted,

                      */s/ William B. Scoville, Jr.*
                      **MILBERG WEISS LLP**
                      Matthew Gluck
                      Lori G. Feldman
                      Neil R. Fraser
                      William B. Scoville, Jr.
                      One Pennsylvania Plaza
                      New York, New York  10119
                      Tel. (212) 594-5300
                      Email: wscoville@milbergweiss.com
                      Facsimile: (212) 868-1229

**KELLER ROHRBACK L.L.P.**
Lynn Lincoln Sarko
Derek Loeser
Gary A. Gotto
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel. (206) 623-1200
Facsimile: (206) 623-3384

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, William B. Scoville, Jr., hereby certify that on February 26, 2008, I caused to be served by First-Class Mail on the following a copy of the foregoing Plaintiff's Notice of Voluntary Dismissal:

Hector Gonzalez, Esq.
Mayer Brown
1675 Broadway
New York, New York  10019

Christopher Lovell, Esq.
Lovell Stewart Halebian LLP
500 Fifth Avenue
New York, New York 10110

_____
William B. Scoville, Jr.