UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 7 2008
```

SHIRA MCKINLAY, on behalf of herself and
all others similarly situated,

Plaintiff,

-against-

THE BANK OF NEW YORK and THE BANK
OF NEW YORK MELLON CORPORATION,

Defendants.

No. 1:07-cv-08765-PAC

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Shira McKinlay hereby voluntarily dismisses her claims in this action without prejudice. The Clerk of Court shall close this case.

DATED: February 26, 2008

Respectfully submitted,

/s/ William B. Scoville, Jr.
**MILBERG WEISS LLP**
Matthew Gluck
Lori G. Feldman
Neil R. Fraser
William B. Scoville, Jr.
One Pennsylvania Plaza
New York, New York 10119
Tel. (212) 594-5300
Email: wscoville@milbergweiss.com
Facsimile: (212) 868-1229

**KELLER ROHRBACK L.L.P.**
Lynn Lincoln Sarko
Derek Loeser
Gary A. Gotto
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel. (206) 623-1200
Facsimile: (206) 623-3384

*Counsel for Plaintiff*

SO ORDERED: FEB 2 7 2008

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, William B. Scoville, Jr., hereby certify that on February 26, 2008, I caused to be served by First-Class Mail on the following a copy of the foregoing Plaintiff's Notice of Voluntary Dismissal:

>   Hector Gonzalez, Esq.
>   Mayer Brown
>   1675 Broadway
>   New York, New York  10019
>
>   Christopher Lovell, Esq.
>   Lovell Stewart Halebian LLP
>   500 Fifth Avenue
>   New York, New York 10110

_____
William B. Scoville, Jr.